CASE NO. PD-1335-16

_____

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

STATE OF TEXAS

V.

ALBERT TYRONE BERNARD

_____

On Petition for Discretionary Review from
The Fourteenth Court of Appeals
In No. 14-15-00822-CR Affirming the Trial Court's Judgment in
On Appeal from Cause No. MD-0348570
County Court at Law Number Three (3)
Galveston County, Texas
Hon. Jack Ewing, Presiding

_____

**RESPONSE TO THE STATE'S
PETITION FOR DISCRETIONARY REVIEW**

_____

DAN KRIEGER
215 East Galveston Street
League City, Texas 77573
(281) 486-8125 x2 Phone
(281) 332-7877 Facsimile
dan@kriegerlawfirm.com

RECEIVED IN
COURT OF CRIMINAL APPEALS

December 23, 2016

ABEL ACOSTA, CLERK

ATTORNEY FOR APPELLEE,
ALBERT TYRONE BERNARD

ORAL ARGUMENT REQUESTED

# IDENTITY OF PARTIES AND COUNSEL

| | |
|---|---|
| Appellant: | State of Texas |
| Appellee: | Albert Tyrone Bernard |
| Trial Counsel for Appellant: | Lindsay Richards<br>State Bar No. 24086198<br>600 59th Street, Suite 1001<br>Galveston, Texas 77551<br>Telephone: (409) 770-5136 |
| Appellate Counsel for Appellant at Court of Appeals: | Jessica Ebbs<br>State Bar No. 24095335<br>600 59th Street, Suite 1001<br>Galveston, Texas 77551<br>Telephone: (409) 770-5136 |
| Appellate Counsel for Appellant at Court Of Criminal Appeals: | Stacey M. Soule<br>P.O. Box 13046<br>Austin, Texas 78711 |
| Trial and Appellate Counsel for Appellee : | Dan Krieger<br>State Bar No. 24064243<br>215 E. Galveston Street<br>League City, Texas   77573<br>(281) 486-8125 (Telephone)<br>(281) 332-7877 (Facsimile)<br>dan@kriegerlawfirm.com |
| Trial Judge: | Honorable Jack Ewing |

# TABLE OF CONTENTS

IDENTITY OF PARTIES AND COUNSEL .................................................................. ii

TABLE OF CONTENTS ....................................................................................... iii

INDEX OF AUTHORITIES ..................................................................................... v

RESPONSE TO GROUNDS PRESENTED FOR REVIEW ...................................... 1

ARGUMENT ....................................................................................................... 2

PRAYER .............................................................................................................. 4

CERTIFICATE OF SERVICE ............................................................................... 5

CERTIFICATE OF COMPLIANCE ...................................................................... 5

# INDEX OF AUTHORITIES
## STATE COURT CASES

*Guzman v. State,*
955 S.W.2d 85, 89 (Tex. Crim. App. 1997)...................................................2

*State v. Bernard,*
__ S.W.3d__, No. 14-15-00882-CR, 2016 Tex. App. LEXIS 12018, *9
(Tex. App.—Houston [14th Dist.] 2016). ........................................................3

*State v. Iduarte,*
268 S.W.3d 544, 548–49 (Tex. Crim. App. 2008)...................................... 3

*Valtierra v. State,*
310 S.W.3d 442, 447 (Tex. Crim. App. 2010). ...........................................3

*Vasquez v. State,*
389 S.W.3d 361, 370 (Tex. Crim. App. 2012). .............................................3

## STATUTES

Tex. Transp. Code § 545.060(a) .............................................................................1

CASE NO. PD-1335-16
_____

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
_____

STATE OF TEXAS
, *Appellant*
V.
ALBERT TYRONE BERNARD
, *Appellee*
_____

**RESPONSE TO STATE'S PETITION
FOR DISCRETIONARY REVIEW**
_____

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant respectfully responds to the State's Petition for Discretionary Review and urges the Court to decline discretionary review of this case.

**STATEMENT REGARDING ORAL ARGUMENT**

Appellee requests oral argument of this matter should the Court grant discretionary review of this case in order to: 1) provide the Court a more complete understanding of the facts of the appeal; 2) to allow the Court to explore and better analyze the complicated legal issues presented in this appeal; and 3) to aid the Court in deciding the matter.

**RESPONSE TO GROUNDS FOR REVIEW**

1.  **The Fourteenth Court of Appeals properly applied the binding authority to the decision of the matters in the case.**

1

**2.** **The Fourteenth Court of Appeals properly upheld the suppression of the stop based on the trial court's finding of facts and their independent review of the case and dashcam video.**

**ARGUMENT**

The Fourteenth Court of Appeals properly affirmed the lower court in this matter. The trial court properly suppressed the traffic stop because the deputy stopped Appellee without reasonable suspicion. In making it's finding of facts, the trial court noted several specific reasons that turned specifically on the credibility and demeanor of the witnesses.   It further found that Appellee was not driving in an unsafe manner to any other vehicles on the road and no reasonable suspicion of violating Texas Transportation Code 545.060(a) existed at the time of the stop. These findings were supported by both officer testimony and the both the trial and appellate courts' review of the deputy's dashcam video.   The findings of fact also support the suppression of the stop as there were no specific articulable facts that would have supported a reasonable suspicion to stop Appellee for suspicion of driving while intoxicated.

1.     **The Fourteenth Court of Appeals properly applied the binding authority to the decision of the matters in the case.**

It is well established that the appellate courts give almost total deference to the trial court's determination of the historical facts that are supported by the record. *Guzman v. State,* 955 S.W.2d 85, 89 (Tex. Crim. App. 1997).   Here, the trial judge

made express findings of fact, which were supported by the evidence in the case. *Valtierra v. State,* 310 S.W.3d 442, 447 (Tex. Crim. App. 2010).

It is also well-established that the appellate courts will uphold the trial court's ruling if it is supported by the record and correct under any theory of law applicable to the case. *State v. Iduarte,* 268 S.W.3d 544, 548–49 (Tex. Crim. App. 2008). In the instant case, the panel reviewed the testimony of the deputies in the case as well as the dashcam video of the stop and found nothing to contradict the trial court's findings. *State v. Bernard,* __ S.W.3d__, No. 14-15-00882-CR, 2016 Tex. App. LEXIS 12018, *9 (Tex. App.—Houston [14th Dist.] 2016).

Plurality opinions do not constitute binding authority. *Vasquez v. State,* 389 S.W.3d 361, 370 (Tex. Crim. App. 2012). Here, the panel correctly applied the authoritative jurisprudence with the specific findings of fact and conclusions of law and properly affirmed the trial court's suppression of the stop.

**2.     The Fourteenth Court of Appeals properly upheld the suppression of the stop based on the trial court's finding of facts and their independent review of the case and dashcam video.**

Appellate courts will uphold the trial court's ruling if it is supported by the record and correct under any theory of law applicable to the case. *State v. Iduarte,* 268 S.W.3d 544, 548–49 (Tex. Crim. App. 2008). In the instant case, the panel reviewed the testimony in the case as well as the dashcam video of the stop and found nothing to contradict the trial court's findings. *Bernard,* 2016 Tex. App.

3

LEXIS 12018, *9. Based on the trial court's findings of fact, in conjunction with the panel's review of the testimony and the dashcam video entered as evidence in the case, there were no specific facts that would establish reasonable suspicion to stop Appellee for driving while intoxicated. To the contrary, Officer Watson stated she wanted to conduct a "welfare check" on the driver, however, no facts were presented to establish any prongs of a community caretaking function stop during the case. *Id.* at *7. No motion for rehearing was requested on the matter. *Pet. PDR* at 2.

PRAYER

For the reasons stated in this response to the State's Petition for Review, Respondent requests the Court deny this petition for review.

Respectfully submitted,
*/s/ Dan Krieger*
Dan Krieger
State Bar No: 24064243
215 E. Galveston
League City, Texas 77573
(281) 332-7630
(281) 332-7877 facsimile
dan@krieger-ongert.com

4

## CERTIFICATE OF COMPLIANCE

I certify that this document was produced on a computer using Microsoft Word and contains 1,329 words, as determined by the computer software's word-count function, excluding the sections of the document listed in Texas Rule of Appellate Procedure 9.4(i)(1).

/s/ Dan Krieger
Dan Krieger

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document has been forwarded to the following persons, in accordance with the TEXAS RULES OF APPELLATE PROCEDURE, on the 22nd day of December, 2016:

Stacey M. Soule
Assistant State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711

/s/ Dan Krieger
Dan Krieger

Print this page

# Case # PD-1335-16

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 12/23/2016 12:13:51 AM |
| Case Number | PD-1335-16 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Daniel Krieger |
| Firm Name | Krieger & Ongert |
| Filed By | Daniel Krieger |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | visa |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 22900499 |
| Order # | |

## Reply to Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Reply to Petition for Discretionary Review |
| Filing Description | Reply to State's Petition for Discretionary Review |
| Reference Number | |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| | 12/23/2016 | Appellee was granted an extension to file his response to the state prosecuting |

Envelope Details

| Other | 02:14:09 PM | attorney's petition for discretionary review; the due date to file response was extended to December 22, 2016. This filing is untimely. |
|-------|-------------|-----------------------------------------------------------------------------------------------------------------------------------------------|

## Documents

| *Lead Document* | Reply to States Petition for Discretionary Review.pdf | [Original] |
|-----------------|-------------------------------------------------------|------------|

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|------------|------|--------------|--------|--------|------------------|
| Jessica Ebbs jessica.ebbs@co.galveston.tx.us | | EServe | Sent | Yes | Not Opened |
| Dan Krieger dan@kriegerlawfirm.com | | EServe | Sent | Yes | Not Opened |
| Stacey Soule stacey.soule@spa.texas.gov | Texas State Prosecuting Attorney | EServe | Sent | Yes | 12/23/2016 09:09:33 AM |